UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JANE DOE, JOHN DOE, JAN DOE, JAMES DOE, AND JANET DOE, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>CAPE COD HEALTHCARE, INC.,<br><br>         Defendant. | Civil Action No. 1:25-cv-10445-RGS |

**DEFENDANT CAPE COD HEALTHCARE, INC.'S**
**MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Cape Cod Healthcare, Inc. ("CCHC") asks this Court to dismiss the Electronic Communications Privacy Act ("ECPA") claim in Plaintiffs' Amended Complaint with prejudice because Plaintiffs fail to state a claim upon which relief can be granted. The facts and arguments supporting this Motion are set forth in the accompanying Memorandum.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), CCHC requests oral argument on this motion.

1

2

                Respectfully submitted,

                CAPE COD HEALTHCARE, INC.,

                *By its attorneys,*

                */s/     Adam J. Bookbinder*
                Adam J. Bookbinder (BBO No. 566590)
                Samuel N. Rudman (BBO No. 698018)
                Mark McPherson (BBO No. 698465)
                April C. DeLuca (BBO No. 709101)
                CHOATE, HALL & STEWART LLP
                Two International Place
                Boston, MA 02110
                Telephone: 617-248-5000
                abookbinder@choate.com
                srudman@choate.com
                mmcpherson@choate.com
                adeluca@choate.com

Dated: March 17, 2025

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

I, Adam J. Bookbinder, do hereby certify that counsel for Defendant has conferred with counsel for the Plaintiffs in a good-faith attempt to resolve or narrow the issue presented by this motion, but the parties were unable to resolve the issues in this motion.

                                                  */s/     Adam J. Bookbinder*
                                                  Adam J. Bookbinder

Dated: March 17, 2025

## **CERTIFICATE OF SERVICE**

I, Adam J. Bookbinder, do hereby certify that on this 17th day of March, 2025, I caused the foregoing document to be filed through the ECF system and to be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and to be served via electronic mail upon counsel of record for the Plaintiffs.

                                                  */s/     Adam J. Bookbinder*
                                                  Adam J. Bookbinder

Dated: March 17, 2025