UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Doe et al**
  Plaintiff

v.                  Civil Action No. **1:25-cv-10445-RGS**

**Cape Cod Healthcare, Inc.**
  Defendants

## ORDER OF REMAND

Stearns, DJ

In accordance with this Court's Order dated June 24, 2025 it is hereby ordered that this case be REMANDED to Suffolk County Superior Court for further proceedings.

                  BY THE COURT,

                  /s/ Jacqueline Martin

                  Deputy Clerk

DATED: 6/25/2025